FILED

07/30/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0306

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0306

---

STATE OF MONTANA,

Plaintiff and Appellee,

v.                                                              O R D E R

PAMELA JO POLEJEWSKI,

Defendant and Appellant.

---

On July 30, 2020, this Court rejected Appellant's opening brief and ordered it to be resubmitted electronically within ten (10) days upon determining the brief did not contain a table of authorities with references to the pages of the brief where they are cited as required by M. R. App. P. 12(1)(a). In light of the expedited briefing schedule previously ordered by this Court on June 30, 2020,

IT IS ORDERED that the Appellee's response brief is DUE twenty-one (21) days from when Appellant's revised brief is filed;

IT IS FURTHER ORDERED that the Appellant's reply brief is DUE ten (10) days from when the Appellee's response brief is filed.

The Clerk is directed to provide a true copy of this Order to all parties of record.

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
July 30 2020